# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHARON K. PARR,**

                **Plaintiff,**

**-vs-**                                                                       **Case No. 6:05-cv-89-Orl-19KRS**

**COMMISSIONER OF SOCIAL
SECURITY**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the Unopposed Motion for Entry of Judgment with Remand filed by the Commissioner of Social Security, the defendant in this case. Doc. No. 15. The Commissioner requests that this matter be reversed and remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> On remand, a supplemental hearing will be held at which Plaintiff will testify and be given, along with her representative, an opportunity to cross-examine any medical or vocational witnesses. Specific findings will be made regarding the requirements of Plaintiff's past relevant work and, if a decision is made at step 4 of the sequential evaluation process, rationale to articulate how her former work is compatible with her residual functional capacity (RFC).

Doc. No. 15, at 1. Plaintiff Sharon Parr does not oppose the motion. *Id*.

      Accordingly, I respectfully recommend that the decision of the Commissioner be **REVERSED** and the case be **REMANDED** for further proceedings. I further recommend that the Court enter

judgment consistent with its Order on this Report and Recommendation and, thereafter, direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties
District Courtroom Deputy