**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SHARON K. PARR,

     Plaintiff,

vs.                                                   CASE NO. 6:05-CV-89-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed October 5, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **REVERSED** and the case is hereby **REMANDED** for further proceedings. On remand, a supplemental hearing should be held at which Plaintiff should testify and should be given, along with her representative, an opportunity to cross-examine any medical or vocational witnesses. Specific findings should be made regarding the requirements of Plaintiff's past relevant work and, if a decision is made at step 4 of the sequential evaluation process, rationale to articulate how her former work is compatible with her residual functional capacity (RFC). The Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   19th   day of October, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record